G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Telephone: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff
JACQUELINE BROOKS

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JACQUELINE BROOKS,<br><br>       Plaintiff,<br><br>vs.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT; and DOES 1 to 10, inclusive,<br><br>       Defendant. | **Case No.: 2:13-cv-00802-DDP (JPRx)**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff JACQUELINE BROOKS against Defendants, LOS ANGELES UNIFIED SCHOOL DISTRICT; and DOES 1 to10, inclusive are dismissed, with prejudice.  Plaintiff JACQUELINE BROOKS and Defendant LOS ANGELES UNIFIED SCHOOL DISTRICT shall each bear their own costs and attorneys' fees.  In addition, the Motion to Dismiss (docket number 8) is VACATED.

IT IS SO ORDERED.

DATED: May 08, 2013

                                        _[signature]_
                                        UNITED STATES DISTRICT JUDGE